2541.   DAVIS *v.* WILLIAMS.

HILL, C. J.   1. The bailee, as a general rule, can not deny the title of his bailor; and the facts of this case do not bring it within any exception to the rule.   *Patten* v. *Baggs,* 43 *Ga.* 173.

2. The only issue in this case was whether there was a bailment or a sale; and the jury found the former; the verdict is supported, and no material error of law appears.                    *Judgment affirmed.*

DECIDED JULY 19, 1910.

Trover; from city court of Miller county—Judge Bush. February 26, 1910.

*W. I. Geer,* for plaintiff in error.   *Rich & Nelson,* contra.

